No. 09–1420. ALLEN v. MISSOURI EX REL. KOSTER, ATTORNEY GENERAL OF MISSOURI, *ante*, p. 833. Motion for leave to file petition for rehearing denied.